IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| M. BRANDON ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:17-cv-00055 ) |
| BENJAMIN BEANE, et al., | ) JUDGE CAMPBELL ) MAGISTRATE JUDGE HOLMES |
| Defendants. | ) |

## ORDER

This case has been transferred to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 51), which was filed on September 11, 2018. Through the Report and Recommendation, the Magistrate Judge recommends Defendant Stacy Oakes' Motion for Summary Judgment (Doc. No. 40) be granted. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendant Oakes' Motion for Summary Judgment (Doc. No. 40) is **GRANTED**. The case is returned to the Magistrate Judge for further proceedings as to Defendant Daniel Epley.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE